IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA C., individually and on behalf of K.C. | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:24-cv-06313-CH |
| v. | : | |
| COLONIAL SCHOOL DISTRICT, | : | |
| Defendant. | : | Hon. Catherine Henry |

## COLONIAL SCHOOL DISTRICT'S MOTION TO QUASH SUBPOENA SEEKING ATTORNEY INVOICES

Pursuant to Fed. R. Civ. P. 45, Defendant, Colonial School District ("District"), brings this Motion to Quash the subpoena directed at non-party American International Group, Inc. ("AIG") which seeks the District's attorney's fee invoices and other information directly related to the representation of the District in this matter.

The District's fee invoices have no bearing on the elements that Plaintiff, Anna Christian, must prove to obtain prevailing party fees.

The District respectfully requests that its Motion to Quash be granted for reasons more fully stated in Defendant's Memorandum in Support filed together with and incorporated into this Motion.

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: April 9, 2025      By:      */s/ Kalani E. Linnell*
Kalani E. Linnell - PA 326000
Karl A. Romberger, Jr. - PA 60636
331 East Butler Avenue, P. O. Box 5069
New Britain, Pennsylvania 18901
(215) 345-9111
klinnell@sweetstevens.com
kromberger@sweetstevens.com

*Attorneys for Defendant,
Colonial School District*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA C., individually and on behalf of K.C. | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:24-cv-06313-CH |
| v. | : | |
| COLONIAL SCHOOL DISTRICT, | : | |
| Defendant. | : | Hon. Catherine Henry |

## CERTIFICATE OF SERVICE

     Undersigned counsel for Defendant hereby certifies that a true and correct copy of the foregoing ***Motion to Quash and Memorandum in Support thereof*** is available and was served through the Court's ECF filing system upon counsel of record.

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: April 9, 2025     By:    */s/ Kalani E. Linnell*
                                                  Kalani E. Linnell - PA 326000
                                                  Karl A. Romberger, Jr. - PA 60636
                                                  331 East Butler Avenue, P. O. Box 5069
                                                  New Britain, Pennsylvania 18901
                                                  (215) 345-9111
                                                  klinnell@sweetstevens.com
                                                  kromberger@sweetstevens.com

                                                  *Attorneys for Defendant,*
                                                  *Colonial School District*