**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANNA C., individually and on behalf of K.C. : | | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-6313 |
| | : | |
| COLONIAL SCHOOL DISTRICT | : | |
| Defendant. | : | |

**ORDER**

   **AND NOW**, this 4th day of February, 2026, upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs (ECF NO. 34), Defendant's Response in Opposition thereto (ECF No. 40), Plaintiff's Reply in Further Support of Her Motion (ECF No. 53), Plaintiff's Supplemental Submission in Support of Her Motion (ECF No. 60), and after oral argument held on December 15, 2025, it is hereby **ORDERED** that the Motion is **GRANTED**.  Defendant Colonial School District shall pay Berney & Sang **$499,828.50** in attorneys' fees and costs.  The Clerk of Court is directed to close this case.

                                        **BY THE COURT:**

                                        /s/ Catherine Henry
                                        _____
                                        **CATHERINE HENRY, J.**